IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 14 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00232-BNB

LANE L. SNYDER,

     Plaintiff,

v.

DOCTOR RICKTER,

     Defendant.

_____

ORDER ASSIGNING CASE

_____

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal and that the case should be assigned to a district judge and to a magistrate

judge.  *See* D.C.COLO.LCivR 8.2D.  Pursuant to D.C.COLO.LCivR 40.1C.1., the case

will be assigned to Judge Philip A. Brimmer and to Magistrate Judge Kathleen M.

Tafoya.  Accordingly, it is

     ORDERED that this case shall be assigned to Judge Philip A. Brimmer pursuant

to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

     DATED March 14, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00232-BNB

Lane L. Snyder
2135 Stout Street - #405
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk