IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

```
                                                    FILED
                                            UNITED STATES DISTRICT COURT
                                                  DENVER, COLORADO

                                                   MAR 17 2011

                                             GREGORY C. LANGHAM
                                                             CLERK
```

Civil Action No. 11-cv-00232-PAB

LANE L. SNYDER,

    Plaintiff,

v.

DOCTOR RICKTER,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

    DATED March 17, 2011.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00232-PAB-KMT

Lane L. Snyder
2135 Stout St., #405
Denver, CO 80205

Lucy Hernandez – **CERTIFIED**
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**SERVICE FORMS FOR: Dr. Rickter**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Lucy Hernandez for service of process on Dr. Rickter: COMPLAINT FILED 01/28/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on March 17, 2011.

                                            GREGORY C. LANGHAM, CLERK

                                            By: _____
                                                       Deputy Clerk