IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00232–PAB–KMT

LANE L. SNYDER,

    Plaintiff,

v.

DOCTOR RICKTER,

    Defendant.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion asking court to put a time limit on Defendants responds [sic]" (Doc. No. 15, filed May 13, 2011). Plaintiff asks the court to order Defendant to respond to his complaint. The docket reflects that the court granted service by United States Marshal on March 17, 2011. (Doc. No. 6.) Defendant was served on May 12, 2011. His answer is not due until July 11, 2011. (Doc. No. 14.) Plaintiff's Motion (Doc. No. 15) is DENIED.

Dated: May 17, 2011.